IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY PROTOPAPPAS,

    Petitioner,        No. CIV S-04-1435-FCD-DAD P

    vs.

MATTHEW C. KRAMER, Warden,

    Respondent.        <u>ORDER</u>

/

    Petitioner has filed his second request for an extension of time to file objections to the court's findings and recommendations of May 21, 2008. Good cause appearing, the request will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his objections.

DATED: July 8, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm
prot1435.111sec